**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) ) ) | |
| 8TH ST. VENTURE HOLDINGS, LLC, | ) ) | **20-00188-ELG** |
| DEBTOR. | ) ) | **CHAPTER 7** |
| IN RE: | ) ) ) | |
| NEW JERSEY HOLDINGS, LLC, | ) ) | **20-00189-ELG** |
| DEBTOR. | ) ) | **CHAPTER 7** |
| IN RE: | ) ) ) | |
| SUMMER HOLDINGS, LLC, | ) ) | **20-00190-ELG** |
| DEBTOR. | ) ) | **CHAPTER 7** |
| IN RE: | ) ) ) | |
| VIRGINIA ILLINOIS VENTURES, LLC, | ) ) | **20-00191-ELG** |
| DEBTOR. | ) ) | **CHAPTER 7** |
| IN RE: | ) ) ) | |
| VERMONT 1509 HOLDINGS, LLC, | ) ) | **20-00192-ELG** |
| DEBTOR. | ) ) ) | **CHAPTER 7** |

**APPLICATION TO AUTHORIZE RETENTION OF**
**COUNSEL PURSUANT TO 11 U.S.C. § 327**

Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:

COMES NOW Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estates of 8th St. Venture Holdings, LLC; New Jersey Holdings, LLC; Summer Holdings, LLC; Virginia Illinois Ventures, LLC; Vermont 1509 Holdings, LLC (collectively, "Debtors" and each a "Debtor"), by and through proposed counsel McNamee Hosea, P.A., and as his Application to Authorize Retention of Counsel Pursuant to 11 U.S.C. §327, respectfully submits the following:

1. These cases commenced on July 16, 2021, when certain creditors filed involuntary petitions for relief under Chapter 7 of the United States Bankruptcy Court. An order for relief was entered in each case on September 21, 2021.

2. Wendell W. Webster is the Trustee of the Debtor's Chapter 7 estate.

3. Wendell W. Webster wishes to retain Janet M. Nesse, Justin Fasano, and the firm of McNamee Hosea, P.A. (collectively the "Attorneys") as Trustee's Counsel in this Case. Specifically, the Trustee seeks to retain general counsel to counsel to provide representation in connection with certain matters in this proceeding, including preparation of pleadings, and making necessary court appearances on the Trustee's Behalf, to pursue the sale of certain assets and potential Chapter 5 and other causes of action and for such other matters as the Trustee shall direct and counsel shall agree in writing.

4. Ms. Nesse shall charge her standard hourly rate of $525.00 per hour. Mr. Fasano shall charge his standard hourly rate of $375.00 per hour. Other attorneys will charge their standard hourly rates.

5. The Trustee has selected the Attorneys to serve as Counsel because the Attorneys have considerable experience in the matters for which they are being retained and because the

Trustee believes that the Attorneys are well-qualified to provide representation in all proceedings arising in connection with litigation, and administration of the estate.

6. The professional services to be rendered by the Attorneys include, but are not limited to: provided, include:

 a. Preparing and filing of all necessary and advisable motions, briefs, applications, memoranda, pleadings, notices, orders, objections to claims, stipulations, contested matters, adversary proceedings and other matters on behalf of the Trustee;

 b. Negotiating with parties in interest with respect to the resolution of disputes, claims by or against the estate, or other matters affecting the administration of the estate;

 c. Appearing in Court on behalf of the Trustee;

 d. Any other legal services reasonably necessary and advisable in connection with the foregoing.

7. The Attorneys will apply to this Court periodically for approval and award of compensation and reimbursement of expenses, on notice and with opportunity for parties in interest to object.

8. To the best of the Trustee's knowledge, and except as stated in the Verified Statement filed herewith, the Attorneys are disinterested, represent to interests adverse to the Debtors or the Trustee, have no connection to the Debtors, known creditors[1], any other parties in interest or their respective attorneys, accountants, or other Court-approved professionals, nor

---

[1] The Debtor has not filed schedules listing its creditors.  The Petitioning Creditor is aware of certain creditors of the Debtor, and McNamee Hosea has checked for connections with those creditors.  To the extent further creditors become know which have connections with McNamee Hosea, McNamee Hosea, will file a supplemental disclosure.

3

with the Office of the United States Trustee or person employed by the Office of the United States Trustee or the Court.

9. The services to be rendered by the Attorneys shall be charged at applicable hourly rates, subject to change, but always subject to Court approval.

10. The Attorneys have not agreed to, and will not, share any compensation awarded in the course of their representation except with members and employees of the Attorneys, as permitted the Bankruptcy Code and Rules.

11. The Trustee believes that the retention of the Attorneys is necessary and appropriate and in the best interest of the estate and its creditors.

12. The Attorneys commenced reviewing these cases on September 30, 2021, and request that their employment be approved effective September 30, 2021.

WHEREFORE, the Trustee requests that the Court enter an Order:

a. Authorizing the Trustee to retain the Attorneys as Trustee's Counsel pursuant to 11 U.S.C. § 327 effective September 30, 2021; and

b. Granting such other and further relief as is just and proper.

Dated: September 30, 2021            Respectfully submitted

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

8th St. Venture Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

New Jersey Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Summer Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Virginia Illinois Ventures, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Vermont 1509 Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

/s/ Justin P. Fasano
Justin P. Fasano

5